JAMES A. BEHA, Superintendent of Insurance of the State of New York, as Liquidator of the UNITED STATES GRAND LODGE OF THE ORDER BRITH ABRAHAM, Appellant, v. THE STATE BANK, Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

WALLACE MURRAY, Appellant, v. CHARLES T. BROWN, Respondent.— Motion granted, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of MARIE SHEEHAN and Another, Respondents, against BUFFALO AND LACKAWANNA TRACTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, with ten dollars costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of PETER B. HARTMAN, Appellant, against GENERAL DEVELOPMENT CORPORATION, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of KATHERINE S. JEENS, Respondent, against PERCY B. DUTTON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of JAMES McGUIGAN, Respondent, against CITY OF ELMIRA and Another, Appellants.— Motion denied, with ten dollars costs to the claimant against the appellants. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of ISADORE MARKS, Respondent, against WALTER GRAY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument granted. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of BECKIE DORFMAN, Respondent, against HYMAN LEVINE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of BRIDGET KIEALY, Respondent, against NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.